UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA, | ) | | |
| Plaintiff, | ) ) ) | | |
| v. | ) ) | Cause No. | 1:18-cr-00350-SEB-MKK |
| DION ALLEN, | ) ) | | - 01 |
| Defendant. | ) ) | | |

## REPORT AND RECOMMENDATION

On February 25, 2025, the Court held a hearing on the Petition for Warrant or Summons for Offender Under Supervision filed on August 26, 2024. Defendant Allen appeared in person with FCD counsel Leslie Wine. The Government appeared by Assistant United States Attorney Carolyn Haney. U.S. Parole and Probation appeared by Officer Katherine Lindley.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Allen of his rights and provided him with a copy of the petition. Defendant Allen waived his right to a preliminary hearing.

2. After being placed under oath, Defendant Allen admitted to violation numbers 1 and 2 in the Petition dated August 26, 2024.

3. The allegations to which Defendant admitted, as fully set forth in the petition, are:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You shall not commit another federal, state, or local crime.."** |
| | Mr. Allen was arrested and charged on December 12, 2022, with Operating a Vehicle While Intoxicated: Prior Conviction within 7 Years, felony, and |

      Operating a Vehicle With an ACE of 0.08 or More: Prior Conviction within 7 Years, felony, under 49D36-2212-F6-033327 in Marion County, Indiana. In July 2023, Mr. Allen pled guilty to Operating a Vehicle While Intoxicated: Prior Conviction within 7 Years, felony, in Marion County and was sentenced to 544 days probation.

  2  **" You shall not commit another federal, state, or local crime."**

      On August 24, 2024, Mr. Allen was arrested and charged on August 26, 2024, with Unlawful Carrying of a Handgun, felony, under 49D29-2408-F5-024570 in Marion County, Indiana.[1]

4. The parties stipulated that:

  (a) The highest grade of violation is a Grade B violation.

  (b) Defendant's criminal history category is III.

  (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 8 to 14 months of imprisonment.

5. The Parties jointly recommended a sentence of 11 months in the Bureau of Prisons. Defendant requested placement at the FCI facility in Lexington, Kentucky.

6. The Magistrate Judge, having considered the factors in 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 11 months with no supervised release to follow. The Magistrate Judge recommends placement at the FCI facility in Lexington, Kentucky. The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

---

[1] At the hearing, counsel for both the Government and Defendant agreed that Mr. Allen had pled guilty to the state court charge at issue in Violation 2 and was sentenced to three years of probation in that case.

7.      The parties are hereby notified that the District Judge may reconsider any matter referred to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 2/25/2025

*Kellie M. Barr*
Kellie M. Barr
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system